## CSEBITS *v.* BATA.

[No. 13,154.   Filed December 19, 1928.]

*Aladar H. Hamborsky* and *Dale F. Stansbury*, for appellant.
*Jones & Obenchain*, for appellee.

PER CURIAM.—Affirmed.

## ABSHIRE ET AL. *v.* BURNS ET AL.

[No. 13,223.   Filed December 21, 1928.]

*A. E. Needham* and *C. A. Taughinbaugh*, for appellants.
*R. W. Lennington & Son* and *Harry S. Redkey*, for appellees.

PER CURIAM.—Affirmed.

## GRASSELLI CHEMICAL COMPANY *v.* MARTZ.

[No. 13,443.   Filed January 9, 1929.]

*Ibach, Gavit, Stinson & Gavit* and *M. H. Miller*, for appellant.
*Nelson, Wilson & McFall* and *D. J. Moran*, for appellee.

PER CURIAM.—Judgment affirmed.